Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
LIZA NORIEGA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA NORIEGA | Case No.: 1:14-cv-00741-GSA |
| Plaintiff, | **STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (ECF No. 16) |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Liza Noriega ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to February 20, 2015; and that Defendant shall have until March 22, 2015, to file his opposition. Any reply by plaintiff will be due April 6, 2015.

1  This request is made at the request of Plaintiff's counsel to allow additional
2  time to fully research the issues presented and a personal commitment that
3  prevented filing by the close of business on Wednesday, January 21.

DATE: January 21, 2015          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Monica Perales*
BY: _____
Monica Perales
Attorney for plaintiff Ms. Liza Noriega


DATE:  January 21, 2015

Stephanie Yonekura
Acting United States Attorney
LEON W. WEIDMAN
Chief, Civil Division


/s/ *Jennifer Lee Tarn*
BY: _____
Jennifer Lee Tarn
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail by Marcelo N. Illarmo|

**ORDER**

Based on the stipulation between the parties, the Court grants Plaintiff an extension of time to file her Opening Brief. Plaintiff's Opening Brief shall be filed on or before February 20, 2015. Defendant shall file any opposition brief on or before March 22, 2015 and Plaintiff may file any reply brief on or before April 6, 2015.

IT IS SO ORDERED.

Dated:   **January 22, 2015**              /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE